IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD NORWOOD,

    Petitioner,                    No. 2:09-cv-1888-GEB-JFM (HC)

  vs.

KEN CLARK,

    Respondent.                  ORDER TO SHOW CAUSE

         Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On September 30, 2009, respondent filed a motion to dismiss. Petitioner has not filed an opposition to the motion. Local Rule 78-230(m) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." Good cause appearing, IT IS HEREBY ORDERED that petitioner show cause, within twenty days, why respondent's September 20, 2009 motion to dismiss should not be granted.

DATED: November 11, 2009.

                                UNITED STATES MAGISTRATE JUDGE

12;norw1888.46hab

1