IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD NORWOOD,

    Petitioner,                 No. 2:09-cv-1888-GEB-JFM (HC)

    vs.

KEN CLARK,

    Respondent.            ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On September 30, 2009, respondent filed a motion to dismiss. Petitioner has not filed an opposition to the motion. By order filed November 12, 2009, petitioner was directed to show cause in writing within twenty days why respondent's motion should not be granted. On November 23, 2009, petitioner filed a request for a copy of his habeas corpus petition and for an extension of time to file an opposition to the motion. Good cause appearing, both requests will be granted.[1]

---

[1] Petitioner is advised that as a general rule the Clerks's Office does not provide copies of documents to parties. While the court will make an exception for petitioner's current request, no further exceptions to this rule will be made. Should petitioner require future copies of documents filed in this action, such copies may be obtained from Attorney's Diversified Services (ADS): 1424 21st Street, Sacramento, CA 95814. Their phone number is 916-441-4396. In forma pauperis status does not include the cost of copies.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's November 23, 2009 request is granted;

2. The Clerk of the Court is directed to send petitioner a copy of his original habeas corpus petition and all exhibits appended thereto;

3. Petitioner is granted thirty days from the date of this order to file and serve an opposition to respondent's motion to dismiss; and

4. Respondent's reply shall be filed and served not later than ten days thereafter.

DATED: December 8, 2009.

UNITED STATES MAGISTRATE JUDGE

12
norw1888.ext