1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DONALD NORWOOD,

11               Petitioner,                  No. 2:09-cv-1888-GEB-JFM (HC)

12        vs.

13   KEN CLARK,

14               Respondent.                  ORDER

15   _____/

16               Petitioner is a state prisoner proceeding pro se with an application for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254.  On July 10, 2009, petitioner filed a motion to hold

18   these proceedings in abeyance pending exhaustion of state court remedies as to additional claims

19   raised in a petition for writ of habeas corpus then pending in the California Supreme Court.  The

20   state supreme court denied that petition on October 14, 2009.  See Docket (Register of Actions),

21   California Supreme Court Case Number S172975.[1]  Petitioner's motion is therefore moot.

22   /////

23   /////

24   /////

25   _____

26        [1]  A court may take judicial notice of court records.  See MGIC Indem. Co. v. Weisman,
     803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

1

In accordance with the above, IT IS HEREBY ORDERED that petitioner's July 10, 2009 motion to hold these proceedings in abeyance is denied as moot.

DATED: March 10, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

12
norw1888.mts